IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA GREEN, et al. | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM H. COSBY, JR. | : | NO. 15-144 |

**ORDER**

AND NOW, this 4th day of September, 2015, upon consideration of Plaintiffs' Motion to Sanction Defense Counsel (Docket No. 15), Defendant's opposition thereto, and Plaintiff's Reply, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.

---

[1] On June 24, 2015, Defendant filed a Motion for Leave to Take Discovery Regarding a Potential Violation of this Court's June 11, 2015 Order (the "Motion for Discovery"). Plaintiffs argue in their Motion to Sanction Defense Counsel (the "Sanctions Motion") that the Motion for Discovery was frivolous, was filed in bad faith, and constituted an attempt to vexatiously multiply the proceedings. Plaintiffs therefore ask that we order defense counsel to pay their attorney's fees in responding to the Motion for Discovery, as well as their fees incurred in filing the Sanctions Motion, stating that we have the authority to impose such sanctions pursuant to 28 U.S.C. § 1927, Local Rule 83.6.1, and our inherent authority. While we do not question our authority to impose sanctions under certain limited circumstances, we decline to sanction defense counsel here for filing the Motion for Discovery, as we do not view that Motion as frivolous or believe that it was filed in bad faith or vexatiously. We do, however, deny the Motion for Discovery on its merits in an Order filed contemporaneously with this one.